ACCEPTED
01-15-00699-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 11:32:43 AM
CHRISTOPHER PRINE
CLERK

## THE FIRST COURT OF APPEALS OF THE STATE OF TEXAS

| | | |
|---|---|---|
| **DOROTEA REYES**<br>and **WILBER REYES**<br>Appellants, | §<br>§<br>§<br>§ | Court of Appeals No. 01-15-00699-CV |
| vs. | §<br>§ | |
| **THRIFTY MOTORS INC.,**<br>Appellee. | §<br>§<br>§ | Trial Court Case No. 1055495 |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 11:32:43 AM
CHRISTOPHER A. PRINE
Clerk

### VERIFICATION

STATE OF TEXAS
COUNTY OF HARRIS

The undersigned states under oath that: "I, **JUSTICE ADJEI,** am the attorney for Appellants Application to Extend Time for Filing Appellants Brief in Chief. I have personal knowledge of the facts and allegations stated therein and they are true and correct to the best of my knowledge and belief."

_____
JUSTICE ADJEI

This instrument was acknowledged before me on 24th day of September, 2015.

_____
NOTARY PUBLIC of TEXAS